## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

B16030112

| | |
|---|---|
| IN RE: | CASE NO. 16-07547 |
| | CHAPTER 13 |
| Gail Russell; | JUDGE Jack B. Schmetterer |
| Debtor(s). | |

### AGREED ORDER VACATING STAY RELIEF ORDER OF MARCH 1, 2017 AND CONDITIONING THE AUTOMATIC STAY

On the Debtor's Motion to Reconsider Per Rule 9023 and FDCP 59(e) the Motion for Relief from Stay Filed by Wells Fargo Bank; Debtor having tendered funds to Wells Fargo Bank, NA, in the total amount of $3,625.02 after the filing of the Motion for Relief to cure the post-petition default through March 2017 and the parties having reached an agreement:

IT IS HEREBY ORDERED that the Debtor's Motion to Reconsider is granted and the Order Granting Relief from the Automatic Stay entered March 1, 2017 as Docket #57 is hereby vacated.

IT IS FURTHER ORDERED that the automatic stay in this case, as it applies to the interest of Wells Fargo Bank, NA, its successors and/or assignees in the real property, commonly known as 11400 South Carpenter Street, Chicago, IL 60643-4629, is reinstated and in effect under the following conditions:

1. The debtor(s) shall thereafter continue making timely post-petition mortgage payments as per the terms of the security agreement.

2. If debtor(s) fall(s) two (2) months in default on any payment, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default. In the event Debtor becomes delinquent after two (2) notices of default, then upon the third default the Automatic Stay shall terminate as to

the Movant without further recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 11400 South Carpenter Street, Chicago, IL 60643-4629.

3. In the event of a default, the Debtor(s) shall tender the required funds along with a $50.00 service fee, payable to Wells Fargo Bank, NA, to the offices of Anselmo Lindberg Oliver LLC at the address below. The payment must be made in the form of a certified check, money order, or cashier's check. The $50.00 service fee will be collectible against the Debtor(s), payable to either Creditor or its counsel pursuant to the terms of the notice regarding the default. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fail to cure.

4. Wells Fargo Bank, N.A. is granted leave to file a Notice of Post-Petition Fees and Costs for any and all fees and costs incurred for its Motion for Relief from the Automatic Stay filed February 10, 2017.

DATED: APR 0 3 2017

ENTER:

_____
Bankruptcy Judge

_____
Attorney for Creditor

_____
Attorney for Debtor(s)

ANSELMO LINDBERG OLIVER LLC
1771 W. Diehl Road, Suite 120, Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
Attorney No. Cook 58852, DuPage 293191, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Bankruptcy@ALOLawGroup.com

**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**