# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Gail Russell
PO Box 43025
Chicago, IL 60643
SSN: xxx−xx−5503 EIN: N.A.

Case No. : 16−07547
Chapter : 13
Judge : Jack B. Schmetterer

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : CRE/ADC Venture 2012−1 LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to NCP Pilgrim LLC of your claim in the above matter, designated Claim No. 6 in the amount of $184875.25. If no objections are filed by you on or before February 4, 2019 the Court shall substitute NCP Pilgrim LLC in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: January 15, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Gail Russell  
    Debtor

Case No. 16-07547-JBS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cgreen     Page 1 of 1     Date Rcvd: Jan 15, 2019  
                    Form ID: ntcasclm     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.
```
db            +Gail Russell,    PO Box 43025,    Chicago, IL 60643-0025
24667463      +CRE/ADC Venture 2012-1 LLC,    c/o Nelson O. Ropke,    Miller Canfield Paddock & Stone PLC,
               150 West Jefferson Ave., Suite 2500,    Detroit, MI 48226-4415
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:
```
          Crystal V Sava    on behalf of Creditor    Wells Fargo Bank, NA ccaceres@alolawgroup.com,
           bankruptcy@alolawgroup.com
          David M Siegel    on behalf of Debtor 1 Gail  Russell davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Nisha B Parikh    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@fal-illinois.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ross T Brand    on behalf of Creditor    U.S. Bank National Association, as trustee for the holders
           of the First Franklin Mortgage Loan Trust 2006-FF10 Mortgage Pass-Through Certificates, Series
           2006-FF10 rbrand@klueverplatt.com,    bknotice@klueverplatt.com
          Steven C Lindberg    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@fallaw.com
          Tom Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                             TOTAL: 7
```