UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-07547 |
| | ) | |
| GAIL RUSSELL, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge SCHMETTERER |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: bkahn@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

    PLEASE TAKE NOTICE that on June 17, 2020, at 10:30 a.m., I will appear before the Honorable Judge Schmetterer, or any judge sitting in that judge's place, and present the motion of Debtor, Gail Russell, Motion to Modify Plan, a copy of which is attached.

    This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

    If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                                              By:    Michael R. Colter, II
                                                                              David M. Siegel & Assoc., LLC
                                                                              790 Chaddick Drive
                                                                               Wheeling, IL 60090

## CERTIFICATE OF SERVICE

    I, Michael R. Colter, II, certify/declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 27, 2020, before 5:00 p.m.

*To the following persons or entities who have been served via U.S. Mail:*

| | |
|---|---|
| Gail Russell<br>P.O. Box 43025<br>Chicago, IL 60643 | Amalgamated<br>30 N LaSalle St 38th Floor<br>Chicago, IL 60602 |
| Quantum3 Group LLC<br>agent for MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Cook County Treasurers Office<br>118 North Clark Street<br>Room 112<br>Chicago, IL 60602 |

Capital One, N.A.
PO Box 71083
Charlotte, NC 28272-1083

Wells Fargo Bank, NA
Attention: Payment Processing
MAC# X2302-04C
1 Home Campus
Des Moines, IA 50328

American InfoSource LP
as agent for DIRECTV, LLC
PO Box 5008
Carol Stream, IL 60197-5008

NCP Pilgrim LLC
Noralight Capital Partners LLC
64 Wall Street, Suite 212
Norwalk, CT 06850

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541

U.S. Bank National Association, as trustee
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Cook County Clerk
118 N. Clark St., Room 112
Chicago, IL 60602-1332

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16 B 07547 |
| | ) | |
| GAIL RUSSELL, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Schmetterer |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the Debtor, **GAIL RUSSELL**, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) The Debtor filed a voluntary petition for relief pursuant to Chapter 13 of Title 11 USC on March 4, 2016. The plan was confirmed on October 15, 2016.

3) The Debtor has paid a considerable amount of money into her Chapter 13 Plan. At the time of writing this motion, Debtor has paid a total of $165,510.17 to the trustee.

4) Debtor relies partially on collecting rents from her tenants in order to make her Chapter 13 Plan payments. Debtor's renters cannot pay rent due to being out of work due to the COVID-19 pandemic. This has strained the Debtor's budget.

5) Debtor is not earning as much income because of the lack of overtime hours she used to receive as a Chicago Police Officer assigned to O'Hare International Airport.

6) Debtor has been affected by the COVID-19 pandemic and her income has been reduced.

7) Debtor seeks to modify her plan under § 1329 and defer the current default in plan payments to the end of the plan. Debtor qualifies for relief under the CARES Act which means the plan can be extended out to seven years from the date of filing.

8) Debtor seeks to modify her plan under § 1329 to lower her plan payment to $1,525.00 until she is able to collect rent from tenants and resume working overtime as a City of Chicago Police Officer at O'Hare International Airport.

9) The projected payoff according to the National Data Center website is $51,853.83. The Debtor can pay the projected balance in 34 months at a rate of $1,525.00 per month.

10) The Debtor does not seek this relief to defraud or disadvantage her creditors. The Debtor sincerely wants to complete her Chapter 13 Plan.

11) Debtor intends to increase her plan payment with another § 1329 motion when her income returns to what it was before the pandemic.

WHEREFORE, the Debtor, **GAIL RUSSELL**, prays that this Honorable Court enter an Order Modifying Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100