UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-07547 |
| | ) | |
| GAIL RUSSELL, | ) | Chapter 13 |
| | ) | |
| | ) | Judge CASSLING |
| Debtor(s). | ) | |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.EFT@usdoj.gov
M.O.Marshall, Chapter 13 Trustee: ecf@tvch13.net

**The following party(s) have been served via regular US mail:**
See attached service list.

PLEASE TAKE NOTICE that on August 18, 2021, at 10:00 am, I will appear before the Honorable Judge Cassling, or any judge sitting in that judge's place, and present the **Motion to Incur Debt, and Shorten Notice**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161-414-7941 and the password is 619. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

# PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: August 11, 2021

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

**The following party(s) have been served via regular US mail:**

Gail Russell
P.O. Box 43025
Chicago, IL 60643

Quantum3 Group
MOMA Funding
P.O. Box 788
Kirkland, WA 98083-0788

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Wells Fargo Bank
Attn: Payment Processing
MAC #X2302-04C
1 Home Campus
Des Moines, IA 50328

American InfoSource
Directv, LLC
P.O. Box 5008
Carol Stream, IL 60197-5008

NCP Pilgrim, LLC
Noralight Capital Partners
64 Wall Street, Ste. 212
Norwalk, CT 06850

Portfolio Recovery Assoc.
GE Capital/Sams Club/Citibank/Radio Shack
P.O. Box 41067
Norfolk, VA 23541

US Bank National Assoc.
c/o Select Portfolio
P.O. Box 65250
Salt Lake City, UT 84165-0250

Cook County Clerk
118 N. Clark St., Rm. 112
Chicago, IL 60602-1332

Amalgamated
30 N. LaSalle St., 38th Floor
Chicago, IL 60602

Cook County Treasurers Office  
118 N. Clark St., Rm. 112  
Chicago, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re: ) 16-07547
)
GAIL RUSSELL, )
) Chapter 13
)
) Judge CASSLING
Debtor(s). )

## MOTION TO ALLOW DEBTOR TO INCUR ADDITIONAL DEBT AND SHORTEN NOTICE

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On March 4, 2016 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on October 5, 2016. Tom Vaughn was appointed Trustee in this case.

3. The Debtor's Amended Chapter 13 plan provides for payments of $1,525.00 monthly for an initial plan term of 84 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

4. That at the time of filing Debtor owned and possessed a 1999 Ford Econoline Van and a 2007 Ford Focus. Both vehicles were paid for.

5. That the 1999 Econoline no longer runs and the 2007 Focus needs a new transmission. The cost of the transmission is too costly for a 14 year old vehicle. Debtors requires a replacement vehicle for a successful reorganization. Debtor desires to purchase a replacement vehicle (2013 Chrysler Town and Country) from Chicago Car Connections, Inc. (See attached Exhibit A.)

6. That Debtor will adjust her budget as needed in order to afford this vehicle as she needs it to get to work.

7. No creditors shall be prejudiced by the granting of this motion.

WHEREFORE, the Debtor, GAIL RUSSELL, prays that this Honorable Court grant the Motion to Allow Debtor to Incur Additional Debt.

Respectfully Submitted,

/s/Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

# BILL OF SALE

**Chicago Car Connections Inc.**
6520 S Western Ave
Chicago, IL 60636
(773) 434-3612

Sale Date: 8/4/2021

## BUYER:
- Name: GAIL RUSSELL
- Address: 11400 S Carpenter St
- City, State, Zip: Chicago, IL 60643
- DOB: [redacted]
- SSN: [redacted]
- DL#:
- Phone#:
- Email:

## CO-BUYER
- Name:
- Address:
- City, State, Zip:
- DOB:
- SSN:
- DL#:
- Phone#:
- Email:

### Sold Vehicle:
| Stock# | Year | Make | Model | Color | Mileage | VIN |
|---|---|---|---|---|---|---|
| 564284 | 2013 | Chrysler | Town & Country | Red | 98591 | 2C4RC1BG5DR564284 |

### Trade-In Vehicle:
| Stock# | Year | Make | Model | Color | Mileage | VIN |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| A.P.R. | Amount Financed | Finance Charge | Total of Payments |
|---|---|---|---|
| 15.90 % | $ 14274.46 | $ 6507.74 | $ 20782.20 |

The Balance to be paid in 60 Monthly Pay. of $ 346.37 Starting on 09/03/21, And 1 final payment of $ _____ Due on 08/03/26

Lien Holder:

- Trade Amount: $ N/A
- Payoff Balance: $ N/A
- MFR's Rebate: $ N/A
- Total Deferred: $ N/A
- Cash Down: $ 3000.00
- Total Down: $ 3000.00

Purchaser agrees that this order includes all of the terms and conditions hereof, that this order cancels and supersedes any prior agreement written or oral. Purchaser agrees to pay the total of the payments in accordance with the above payment schedule. This order shall not become binding until accepted by the DEALER or his authorized representative. I have read the face of this order and agree to this puchase price. I hereby certify that I am 18 years of age or older.

**NOTICE : DEALER PROVIDES NO INSURANCE**
- [ ] Buyer agrees to furnish full coverage insurance
- [ ] I relinquish all rights to this vehicle and it can be repossessed at any time or place, with or without my knowledge if this account becomes delinquent.
- [ ] SOLD AS IS

I MAKE THIS PURCHASE KNOWINGLY WITHOUT ANY GUARANTEE EXPRESSED OR IMPLIED, BY THIS DEALER OR HIS AGENT.
I AGREE TO NOTIFY LIENHOLDER, IF CHANGE OF ADDRESS OCCURS AND/OR CHANGE OF EMPLOYMENT OCCURS.
FINANCING IS SUBJECT TO CREDIT APPROVAL.

### Itemization of Amount Financed
| # | Item | Amount |
|---|---|---|
| 1. | Cash Price | $ 13000.00 |
| 2. |  | $ N/A |
|  |  | $ N/A |
|  |  | $ N/A |
| 3. | Doc Fee | $ 300.00 |
| 4. | ERT Fee | $ 10.00 |
| 5. | Trade Allowance | $ N/A |
| 6. | **Total Cash Price** | $ 13310.00 |
| 7. | State Tax 7.25 % | $ 964.98 |
| 8. | County Tax 1.00 % | $ 133.10 |
| 9. | City Tax 1.25 % | $ 166.38 |
| 10. | Trade Payoff | $ N/A |
| 11. | Service Contract | $ 1800.00 |
| 12. | GAP | $ 599.00 |
| 13. |  | $ N/A |
| 14. |  | $ N/A |
| 15. | Insurance | $ N/A |
| 16. | License Fee | $ 151.00 |
| 17. | Registration Fee | $ N/A |
| 18. | Title Fee | $ 150.00 |
| 19. | Lender Processing | $ N/A |
| 20. | **SUB TOTAL** | $ 17274.46 |
| 21. | Cash Total | $ 3000.00 |
| 22. | Deferred Down | $ N/A |
| 23. | **Amount Financed** | $ 14274.46 |

Purchaser(s) Signature _____ Date 8/4/2021

Purchaser(s) Signature _____ Date

Seller Signature _____ Date 8/4/2021